In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00253-CR
_____

DUSTIN KURT TERRO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 13-15987

## MEMORANDUM OPINION

Pursuant to a plea bargain agreement, appellant Dustin Kurt Terro pleaded guilty to felony driving while intoxicated.[1] The trial court found Terro guilty and assessed punishment at eight years of confinement, then suspended imposition of sentence, placed Terro on community supervision for eight years, and assessed a fine of $1000. The State subsequently filed a motion to revoke Terro's community

_____

[1]The indictment alleged that Terro had two prior misdemeanor convictions for driving while intoxicated.

1

supervision. Terro pleaded "true" to four violations of the terms of the community supervision order. The trial court found that Terro violated the terms of the community supervision order, revoked Terro's community supervision, and imposed a sentence of four years of confinement.

Terro's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On August 18, 2014, we granted an extension of time for Terro to file a *pro se* brief. We received no response from Terro.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[2]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

---

[2]Terro may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

Submitted on November 20, 2014
Opinion Delivered December 10, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.